UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>"AGENT ORANGE"<br><br>PRODUCT LIABILITY LITIGATION | SCHEDULING<br>ORDER<br><br>MDL 381 |

---------------------------------------------------------------x

MARIE HANSEN, *et al.*,

        Plaintiffs,

        -against-                                08-CV-2266 (JBW)

DOW CHEMICAL COMPANY, *et al.*,

        Defendants,
---------------------------------------------------------------x

**Jack B. Weinstein, Senior United States District Judge:**

    The court has received defendants' renewed motion for summary judgment based on the government contractor defense. A hearing on the motion shall be held on October 6, 2009 at 10:00 a.m.

                                              SO ORDERED.

                                              _____
                                              Jack B. Weinstein
                                              Senior United States District Judge

Date:  August 3, 2009
           Brooklyn, New York

